CAAP-13-0000129

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEIMOMI LESLIE FRESCH, Individually and as
Next Friend for HOWARD K. LESLIE, SR.,
Plaintiffs-Appellees, and HOWARD K. LESLIE, JR.,
Plaintiff-Appellant, v. JEFFREY K. KANUI, as
Personal Representative of the Estate of
Jamie K. Tavares, Deceased, Defendant-Appellee,
and JOHN DOES 1-30; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 97-0448)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, Leonard and Ginoza, JJ.)

Upon consideration of Appellant Howard K. Leslie Jr.'s
Motion for Reconsideration, filed on October 5, 2015, and the
records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, October 14, 2015.

On the motion:

Frederick W. Rohlfing III
Michael G. Kozak
(Case Lombardi & Pettit)
for Plaintiff-Appellant

Chief Judge

Associate Judge

Associate Judge